Constitution, Article III, § 2, Clause 2; see *Ex parte Betz* and companion cases, all 329 U. S. 672 (1946); *Milch* v. *United States,* 332 U. S. 789 (1947); *Brandt* v. *United States,* 333 U. S. 836 (1948); *In re Eichel,* 333 U. S. 865 (1948). MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE are of the opinion that motions for leave to file should be granted and that the cases should be set for argument forthwith. MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 225. JOSEPHS *v.* COMMISSIONER OF INTERNAL REVENUE. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed on motion of counsel for the petitioner. *Floyd F. Toomey* for petitioner.

No. 117. RICE *v.* RICE. Supreme Court of Errors of Connecticut. Certiorari granted. *Daniel D. Morgan* for petitioner. *David M. Reilly* for respondent.

No. 231. UNITED STATES EX REL. HIRSHBERG *v.* MALA-NAPHY, COMMANDING OFFICER. C. A. 2d Cir. Certiorari granted. *John J. O'Neil* and *Harold Rosenwald* for petitioner. *Solicitor General Perlman* and *Frederick Bernays Wiener* for respondent.

No. 237. WISCONSIN ELECTRIC POWER Co. *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Van B. Wake* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.